UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN KELLY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16-CV-169 SNLJ |
| U.S. MARSHALS SERVICE, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for extension of time to respond to any responsive pleadings. The motion is granted.

Plaintiff says he is being transferred to a BOP facility for a mental exam and that he will be there for about sixty days. He says he will not be able to file any papers with the Court during that time. Under the circumstances, the Court finds that it is appropriate to stay this case until plaintiff notifies the Court that he is able to prosecute this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [ECF No. 15] is **GRANTED**. This action is **STAYED** until plaintiff notifies the Court that he is able to prosecute this case.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively terminate the pending motions in this case.

Dated this 7th day of September, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE